**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.10-cr-00134-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  OLIVEROS ADRIAN RODRIGUEZ-RENTERIA,

    Defendant.

---

### MINUTE ORDER[1]

---

    At the request of the probation department, the sentencing hearing set for May 20, 2011, is **VACATED** and is **CONTINUED** to **June 24, 2011**, at 11:00 a.m.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated:  March 8, 2011

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.